7:22mj18

## ATTACHMENT A

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Frank H. Figgers, III, Task Force Officer, United States Postal Inspection Service, having been duly sworn under oath, state as follows:

1. Your affiant is a certified police officer employed full time with the Virginia State Police and holds the rank of Special Agent. I am currently assigned as a Task Force Officer with the United States Postal Inspection Service ("USPIS") assigned in the Roanoke, Virginia Domicile. I am authorized to investigate criminal and civil matters related to the United States Postal Service and the mails; serve warrants and subpoenas; make arrests; carry firearms; make seizures of property; administer oaths; and perform such other official duties as may be established by the Chief Postal Inspector. I have been employed as a sworn officer with the Virginia State Police since January 1989 and have worked the drug interdiction arena with the Virginia State Police since 2003. My work has included highway drug interdiction and parcel interdiction at other commercial parcel businesses. I have received formal training in conducting criminal investigations into drug trafficking and money laundering organizations that utilize the United States Postal Service ("USPS"). During my tenure as a Special Agent, I have conducted and participated in numerous investigations of criminal activity that have violated both federal and state law.

2. I know based on training and experience that the U.S. Mail is often used by drug trafficking organizations to transport controlled substances and proceeds from the sale of controlled substances. I know based on training and experience that USPS Priority Mail and

Priority Mail Express are commonly used to transport controlled substances, and drug trafficking proceeds, because drug traffickers can track parcels, control dispatch times and locations, and have a guarantee of delivery in one to three days.

## BACKGROUND

3. A search of postal records shows that there was a previous seizure by the USPIS involving 1969 Pinewood Way, Marysville, CA 95901. The records show that a parcel containing Marijuana being shipped from 1969 Pinewood Way, Marysville, CA 95901 to an address in Missouri was seized in Sacramento, California in 2017.

## PROBABLE CAUSE

4. This affidavit is submitted in support of an application for a search warrant of a USPS Priority Mail 2-Day parcel bearing tracking number "9505 5162 1607 2059 4647 42" for controlled substances and/or the proceeds from drug trafficking. The parcel (hereafter referred to as Parcel #1) is described as follows:

   a. Addressee: Stacy Jones, 327 Payne St. Apt 23, Gretna, VA 24557
   b. Return Address: B&B Clothing, 1969 Pinewood Way, Marysville, CA 95901
   c. Postage Affixed: Origin: Marysville, CA 95901, Postage: $50.25, Date: FEB 28, 2022
   d. Tracking Number: 9505 5162 1607 2059 4647 42 (Parcel #1)
   e. Description: Brown cardboard box bearing dimensions 15" x 12" x 10"
   f. Weight: 6 pounds 2.10 ounces

5. On March 3, 2022, your affiant took custody of Parcel #1. Parcel #1 was mailed from Marysville, California. California is a known source area for parcels containing controlled substances mailed into the Western District of Virginia. Parcel #1 is a brown cardboard box

bearing a USPS Priority Mail 3-Day postage paid label and a handwritten return address of B&B Clothing, 1969 Pinewood Way, Marysville, CA 95901. The recipient is listed as Stacy Jones, 327 Payne St. Apt 23, Gretna, VA 24557. A photograph of Parcel #1 is attached as Exhibit #1.

6. A search of postal records revealed fifteen (15) prior USPS Priority Mail parcels were mailed from Marysville, California to the destination address of 327 Payne Street Apt 23, Gretna, VA 24557 from May 25, 2021 to February 22, 2022. Five (5) of those previous parcels being sent to 327 Payne Street Apt 23, Gretna, VA 24557 were mailed from 1969 Pinewood Way, Marysville, CA 95901. These five (5) previous parcels listed the same shipper and recipient information as Parcel #1. The listed sender name, "B & B Clothing", was unable to be associated with the return address of 1969 Pinewood Way, Marysville, CA 95901. Open sources on the internet indicate this address as a single-family residence.

7. I utilized CLEAR to conduct searches for information related to Parcel #1. Your affiant was able to determine through CLEAR that a P.R. resides at 327 Payne Street Apt 23, Gretna, VA 24557 as recently as December 2021. A CLEAR search for the recipient's name, "Stacy Jones," was not able to be associated to destination address 327 Payne Street Apt 23, Gretna, VA 24557, or any address in the region. The listed sender name, "B&B Clothing", was unable to be associated with the return address of 1969 Pinewood Way, Marysville, CA 95901. Furthermore, an open-source search on the internet did not return any results for a business of B&B Clothing in California. Based on your affiant's training and experience, this type of mailing pattern from a fictitious shipping address or fictitious name can be indicative of drug trafficking through the U.S. Mail.

8.      On March 3, 2022, your affiant requested a narcotic detection canine from the Virginia State Police. Trooper D.A. Goins, and his narcotic detection canine, "SHEA," responded to the USPS Roanoke Processing and Distribution Center located at 419 Rutherford Avenue NE, Roanoke, Virginia 24022. Parcel #1 was placed in a blind parcel line-up and subjected to an exterior search by Canine "SHEA." Trooper Goins advised your affiant at approximately 2:20 p.m. that Canine "SHEA" alerted to Parcel #1. According to Trooper Goins, this positive alert meant Canine "SHEA" detected the odor of an illegal drug emanating from Parcel #1. A supporting affidavit of the narcotics detection training completed by Trooper Goins and Canine "SHEA" is provided as Exhibit #2.

9.      Based on the facts set forth in this affidavit, I respectfully submit that probable cause exists to believe that the USPS Priority Mail 3-Day parcel bearing tracking number "9505 5162 1607 2059 4647 42," addressed to "Stacy Jones, 327 Payne St. Apt 23, Gretna, VA 24557," bearing a return address of "B&B Clothing, 1969 Pinewood Way, Marysville, CA 95901," contains controlled substances, and/or the proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

*Frank H. Figgers, III*
Frank H. Figgers, III
Task Force Officer, USPIS

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means; specifically, by telephone, on the  4th  day of March, 2022.

*Robert S. Ballou*
The Honorable Robert S. Ballou
United States Magistrate Judge
Western District of Virginia